# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LEWIS LEIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2099

[May 24, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 2009CF016009A.

David Buckner of Buckner Miles, Miami, Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, and Matthew I. Menchel of Kobre & Kim LLP, Miami, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and CONNER, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***